

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00080-CV

**IN THE INTEREST OF G.M, A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00686
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice, dissenting
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

The en banc court has considered appellant's motion for en banc reconsideration and the response filed by the Texas Department of Family and Protective Services. The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court